CLARK, next friend, v. Flannery & Co.

Atkinson, J.—On the facts disclosed by the record, there was no error in denying the injunction.          *Judgment affirmed.*
May 13, 1895.  Brought forward from the last term.

Petition for injunction. Before Judge Smith. Pulaski county. January 12, 1895.

W. L. & Warren Grice, for plaintiff.
J. H. Martin, for defendants.